IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE VICTORIA TELFER | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 2:12-cv-6536 |

ORDER

AND NOW, this 8th day of July 2014, upon careful and independent consideration of the Report and Recommendation (R&R) of United States Magistrate Judge David R. Strawbridge (Doc. No. 11), Plaintiff's objections to the R&R (Doc. No. 12), Defendant's response thereto (Doc. No. 13), and Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 6), it is hereby ORDERED as follows:

1. Plaintiff's objections to the R&R are OVERRULED.

2. The R&R is APPROVED and ADOPTED.

3. The decision of the Commissioner of the Social Security Administration is AFFIRMED.

4. Plaintiff's request for review is DENIED.[1]  Judgment shall be entered in this matter in favor of Defendant.  The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] Plaintiff's objections to the R&R echo her previous arguments about the deficiency of the Administrative Law Judge's (ALJ's) opinion, see generally Doc. No. 12, and we find that Magistrate Judge Strawbridge gave full and appropriate consideration to each issue Plaintiff raised.  As described more fully in the R&R, Plaintiff does not successfully undermine the ALJ's findings because the pieces of evidence that are not specifically referenced in the ALJ's opinion—either alone or in combination—are only minimally probative.  See Sargent v. Astrue, No. 11-186, 2011 WL 3844192, at *11-15 (W.D. Pa. Aug. 30, 2011), aff'd on other grounds sub nom. Sargent v. Comm'r of Soc. Sec., 476 F. App'x 977 (3d Cir. 2012).